UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HENRY A. WILLIAMS,
    Plaintiff,

vs.                                              Case No.:  3:25cv1927/LC/ZCB

JANE DOE, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on January 23, 2026.  (Doc. 9).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 9) is adopted and incorporated by reference in this order.

2.    Plaintiff's amended complaint (Doc. 6) is **DISMISSED** under 28 U.S.C. § 1915A(b)(1) for failure to state a claim because the claims are barred by the statute of limitations.

3. All pending motions are **DENIED as moot**.

4. The Clerk of Court be directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 2nd day of March, 2026.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**